UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
     Plaintiff,   :
      :   17 Cr. 579 (LGS)
   -against-   :
      :   19 Cr. 600 (LGS)
JUAN EFREN PAULINO,      :
     Defendant,   :   SCHEDULING ORDER
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Juan Efren Paulino's sentencing hearing shall be held on **May 12, 2020, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **April 20, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **April 23, 2020.**

Dated: January 30, 2020
      New York, New York

                                         LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE