UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :      17 Cr. 579 (LGS)
            -against-                                       :
                                                            :      19 Cr. 600 (LGS)
JUAN EFREN PAULINO,                                         :
                              Defendant,    :      SCHEDULING ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Juan Efren Paulino's sentencing hearings currently scheduled for May 12, 2020 is hereby adjourned to **June 23, 2020** at **2:00 p.m.** Defendant's pre-sentencing submission, if any, shall be filed on or before **June 1, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **June 4, 2020.**

Dated: May 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**